IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

### PROPOSED DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,350.98 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,675.72 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 10,026.70 |

**DISTRIBUTION REPORTS** PAGE 2

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $6,350.98 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Deborah K. Ebner, Trustee, *Trustee Compensation* | 1,753.39 | 1,753.39 |
| | Deborah K. Ebner, Trustee, *Trustee Expenses* | 54.09 | 54.09 |
| | Popowcer Katten, Ltd., *Trustee's Accountants Compensation (Other Firm)* | 780.00 | 780.00 |
| | Law Office of Deborah K. Ebner, *Trustee's Attorneys Compensation (Trustee Firm)* | 3,763.50 | 3,763.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary | | $0.00 | 0.00% |

**EXHIBIT D**

cases and allowed pursuant to §502(f)

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

EXHIBIT D

**DISTRIBUTION REPORTS**                    **PAGE 4**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

DISTRIBUTION REPORTS  PAGE 5

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $29,367.13 | 12.52% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | SMC c/o Carson Pirie Scott's-HSBC Bank Nevada | 391.22 | 48.97 |
| 2 | Kohl's Department Store | 1,002.49 | 125.48 |
| 3 | Marshall Field | 354.11 | 44.32 |
| 4 | Discover Bank/Discover Financial Services | 12,176.13 | 1,524.02 |
| 5 | Chase Bank USA, N.A. | 14,787.13 | 1,850.82 |
| 6 | Recovery Management Systems Corporation | 656.05 | 82.11 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

EXHIBIT D

**DISTRIBUTION REPORTS**                                                                PAGE 6

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                      PAGE 7

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____              _____
                                           DEBORAH K. EBNER, Trustee