**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At: **Will County Court Annex
>   57 N Ottawa Street, Room 201
>   Joliet, Illinois 60432**
>
>   on: **June 1, 2007**
>   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         10, 033.86

    b. Disbursements                           $                7.16

    c. Net Cash Available for Distribution     $         10,026.70

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 1,753.39 | $ 54.09 |
| Popowcer Katten, Ltd., *Trustee's Accountant (Other Firm)* | $ 0.00 | $ 780.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, | $ 0.00 | $ 3,763.50 | $ 0.00 |

*Trustee's Attorneys (Trustee Firm)*

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $29,367.13, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $12.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SMC c/o Carson Pirie Scott's-HSBC Bank Nevada | $ 391.22 | $ 48.97 |
| 2 | Kohl's Department Store | $ 1,002.49 | $ 125.48 |
| 3 | Marshall Field | $ 354.11 | $ 44.32 |
| 4 | Discover Bank/Discover Financial Services | $ 12,176.13 | $ 1,524.02 |
| 5 | Chase Bank USA, N.A. | $ 14,787.13 | $ 1,850.82 |
| 6 | Recovery Management Systems Corporation | $ 656.05 | $ 82.11 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 20, 2007**          For the Court,


By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

650   Doc 40   Filed 04/20/07   Entered 04/22/07 23:33:20   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7               Page 1 of 1           Date Rcvd: Apr 20, 2007
Case: 05-56650                 Form ID: pdf002           Total Served: 26

The following entities were served by first class mail on Apr 22, 2007.
db          +John W. Maher,    2022 Fairfield Drive,    Plainfield, IL 60586-5388
jdb         +Susan M. Maher,    2022 Fairfield Drive,    Plainfield, IL 60586-5388
aty         +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
aty         +Josephine J Miceli,    Fisher and Shapiro, LLC,    4201 Lake Cook Road,    First Floor,
              Northbrook, IL 60062-1060
aty         +Lorraine M Greenberg,    Lorraine Greenberg & Associates LLC,    20 E Jackson Blvd,    Suite 800,
              Chicago, IL 60604-2208
aty         +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,    Chicago, IL 60603-3575
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10269580     Bank One Mortgage,    P.O. Box 3211,    Milwaukee, WI 53201-3211
10269581     Car Max Auto Finance,    P.O. Box 440609,    Kennesaw, GA 30160-9511
10269582     Carson Pirie Scott,    PO Box 10327,    Jackson, MS 39289-0327
10269583     Casual Corner Group,    PO Box 530993,    Atlanta, GA 30353-0993
10618419    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10269585     First USA (Bank One),    PO Box 15153,    Wilmington, DE 19886-5153
10269586    +Ford Motor Credit,    P.O. Box 239801,    Las Vegas, NV 89105-9801
10269587     Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10611551    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10269589     MBNA America,    P.O.Box 15286,    Wilmington, DE 19886-5286
10612365    +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10269588     Marshall Field's,    c/o Retailers National Bank,    P.O. box 59231,    Minneapolis, MN 55459-0231
10639610    +Recovery Management Systems Corporation,    For GE Money Bank,    dba CASUAL CORNER,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10608090    +SMC c/o Carson Pirie Scott's-HSBC Bank Nevada,    BOX 19249,    SUGARLAND TX 77496-9249
10269590     US Department of Education,    Direct Loan Servicing Center,    P.O. Box 4609,
              Utica, NY 13504-4609
10269591     Washington Mutual,    PO Box 660139,    Dallas, TX 75266-0139
10269592    +Wells Fargo Financial,    135 S. Weber Road,    Bolingbrook, IL 60490-1565
The following entities were served by electronic transmission on Apr 21, 2007.
10269584      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2007 03:35:04     Discover,    P.O.Box 30395,
               Salt Lake City, UT 84130-0395
10613714     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2007 03:35:04
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Deborah K Ebner
aty          The Law Office of Deborah K Ebner And Connie
acc          Lois West
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2007**          **Signature:** _Joseph Speetjens_