IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| MAHER, JOHN W. | |
| MAHER, SUSAN M. | CASE NO. 05-56650 BB |
| | |
| | HONORABLE BRUCE BLACK |
| Debtor(s) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also therein is a final bank statement reflecting a zero balance.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

\_\_11/02/07\_\_                               _____
DATE                                        DEBORAH K. EBNER, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

**Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation        $780.00

         TOTAL        $780.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this __1st__ day of __June, 2007__

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

Order Awarding Compensation to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation as follows:

1. Compensation        $3,763.50

   TOTAL        $3,763.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _1st_ day of _June, 2007_

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

### Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows:

1. Compensation    $1,753.39
2. Expenses        $   54.09

    TOTAL          $1,807.48

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
            UNITED STATES BANKRUPTCY JUDGE

**ENTERED**

**JUN 0 1 2007**

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| JOHN W. AND SUSAN M. MAHER, | ) | CASE NO. 05-56650 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |
| | ) | |

### DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,350.98 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,696.78 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 10,047.76 |

EXHIBIT "B"

**DISTRIBUTION REPORT**                                                                PAGE 2

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $6,350.98 | 100.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Compensation* | 1,753.39 | 1,753.39 |
| Deborah K. Ebner, Trustee, *Trustee Expenses* | 54.09 | 54.09 |
| Popowcer Katten, Ltd., *Trustee's Accountants Compensation (Other Firm)* | 780.00 | 780.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Compensation (Trustee Firm)* | 3,763.50 | 3,763.50 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**DISTRIBUTION REPORT**                                                                    PAGE 3

| | | |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT | FINAL |
|---|---|---|---|
| 5. | TYPE OF CLAIMS | OF CLAIMS | DIVIDEND% |
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT | FINAL |
|---|---|---|---|
| 6. | TYPE OF CLAIMS | OF CLAIMS | DIVIDEND% |
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT | FINAL |
|---|---|---|---|
| 7. | TYPE OF CLAIMS | OF CLAIMS | DIVIDEND% |
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | TOTAL AMOUNT | FINAL |
|---|---|---|---|
| 8. | TYPE OF CLAIMS | OF CLAIMS | DIVIDEND% |
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

**DISTRIBUTION REPORT**                                                                 PAGE 4

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

**DISTRIBUTION REPORT**                                                                 PAGE 5

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $29,367.13 | 12.59% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | SMC c/o Carson Pirie Scott's-HSBC Bank Nevada | 391.22 | 49.26 |
| 2 | Kohl's Department Store | 1,002.49 | 126.19 |
| 3 | Marshall Field | 354.11 | 44.58 |
| 4 | Discover Bank/Discover Financial Services | 12,176.13 | 1,532.75 |
| 5 | Chase Bank USA, N.A. | 14,787.13 | 1,861.42 |
| 6 | Recovery Management Systems Corporation | 656.05 | 82.58 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

DISTRIBUTION REPORT                                                                                           PAGE 6

| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|---|
| | | | | |

| 16. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(4) - Fines/penalties | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(5) - Interest | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF | CLAIM | CREDITOR AND | AMOUNT | DISALLOWED /WITHDRAWN |
|---|---|---|---|---|

**DISTRIBUTION REPORT**                                                                 PAGE 7

| CLAIM | NUMBER | ADDRESS | OF CLAIM | (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   June 1, 2007                          /s/Deborah K. Ebner, Trustee
                                               DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-56650 BB | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- |
| Case Name: | MAHER, JOHN W. MAHER, SUSAN M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7539120 | Account: | ***-*****81-65 - Money Market Account |
| Period Ending: | 11/04/07 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/24/06 | {1} | John & Susan Maher | Per Order | 1110-000 | 10,000.00 | | 10,000.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.88 | | 10,000.88 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.35 | | 10,007.23 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.01 | | 10,014.24 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.58 | | 10,020.82 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.36 | | 10,027.18 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.68 | | 10,033.86 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-56650 | 2300-000 | | 7.16 | 10,026.70 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.00 | | 10,031.70 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.35 | | 10,037.05 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.53 | | 10,042.58 |
| 05/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 5.18 | | 10,047.76 |
| 05/30/07 | | To Account #********8166 | to close | 9999-000 | | 10,047.76 | 0.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.54 | | 5.54 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -5.54 | | 0.00 |
| 06/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.25 | | 1.25 |
| 06/29/07 | | JP Morgan Chase Bank | Bank Adjustment | 2990-000 | | 1.25 | 0.00 |

{} Asset reference(s)

Subtotals : $10,056.17 $10,056.17

Printed: 11/04/2007 06:56 PM V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 05-56650 BB | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| **Case Name:** | MAHER, JOHN W. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MAHER, SUSAN M. | **Account:** | ***-*****81-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7539120 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/04/07 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,056.17 | 10,056.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,047.76 | |
| | | | **Subtotal** | | 10,056.17 | 8.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,056.17** | **$8.41** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-56650 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | MAHER, JOHN W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAHER, SUSAN M. | Account: | ***-*****81-66 - Checking Account |
| Taxpayer ID #: | 13-7539120 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/04/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/07 | | From Account #*******8165 | to close | 9999-000 | 10,047.76 | | 10,047.76 |
| 06/08/07 | 101 | DEBORAH K. EBNER | | 2100-000 | | 1,753.39 | 8,294.37 |
| 06/08/07 | 102 | DEBORAH K. EBNER | | 2200-000 | | 54.09 | 8,240.28 |
| 06/08/07 | 103 | Lois West | | 3410-000 | | 780.00 | 7,460.28 |
| 06/08/07 | 104 | Law Office of Deborah K. Ebner | | 3110-000 | | 3,763.50 | 3,696.78 |
| 06/08/07 | 105 | SMC c/o Carson Pirie Scott's-HSBC Bank Nevada | | 7100-000 | | 49.26 | 3,647.52 |
| 06/08/07 | 106 | Kohl's Department Store | | 7100-000 | | 126.19 | 3,521.33 |
| 06/08/07 | 107 | Marshall Field | | 7100-000 | | 44.58 | 3,476.75 |
| 06/08/07 | 108 | Discover Bank/Discover Financial Services | | 7100-000 | | 1,532.75 | 1,944.00 |
| 06/08/07 | 109 | Chase Bank USA, N.A. | | 7100-000 | | 1,861.42 | 82.58 |
| 06/08/07 | 110 | Recovery Management Systems Corporation | | 7100-000 | | 82.58 | 0.00 |

| ACCOUNT TOTALS | | 10,047.76 | 10,047.76 | |
|---|---|---|---|---|
| Less: Bank Transfers | | 10,047.76 | 0.00 | |
| Subtotal | | 0.00 | 10,047.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $10,047.76 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-56650 BB
**Case Name:** MAHER, JOHN W.
 MAHER, SUSAN M.
**Taxpayer ID #:** 13-7539120
**Period Ending:** 11/04/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****81-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****81-65 | 10,056.17 | 8.41 | 0.00 |
| Checking # ***-*****81-66 | 0.00 | 10,047.76 | 0.00 |
| **TOTAL - ALL ACCOUNTS** | **$10,056.17** | **$10,056.17** | **$0.00** |